IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Burton, Keshia

Printed: 11/13/07

Case Number: 07 B 07629
Judge: Hollis, Pamela S

Filed: 4/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,464.00 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 25.56 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 151.54 | 0.00 |
| 4. | U.S. Department Of Education | Unsecured | 667.96 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 197.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 408.18 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 47.15 | 0.00 |
| 8. | Progressive Insurance Co | Unsecured | 208.68 | 0.00 |
| 9. | AFNI | Unsecured |  | No Claim Filed |
| 10. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 11. | Certified Recovery | Unsecured |  | No Claim Filed |
| 12. | Certified Credit Corporation | Unsecured |  | No Claim Filed |
| 13. | Ricken Backer Collectors | Unsecured |  | No Claim Filed |
| 14. | Certified Recovery | Unsecured |  | No Claim Filed |
| 15. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | Certified Recovery | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,170.07 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Burton, Keshia

Printed:  11/13/07

Case Number:  07 B 07629
Judge:  Hollis, Pamela S
Filed:  4/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_